**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

v. Criminal No. 2:26-cr-199

DEBRA REED

CRIMINAL CASE INFORMATION SHEET

Division: Pittsburgh
County in which first offense cited occurred: Allegheny

Related to No. ______ Judge: ______

CATEGORY:
1. ○ Narcotics and Other Controlled Substances (Defs: ○1-2 ○3-9 ○10+)
2. ⊙ Fraud and Property Offenses (Defs: ⊙1-2 ○3-9 ○10+)
3. ○ Crimes of Violence
4. ○ Sex Offenses
5. ○ Firearms and Explosives
6. ○ Immigration
7. ○ All Others

Previous Proceedings before Magistrate Judge: ______
Case No.: ______
*PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE*

Defendant ○ is in custody ⊙ is not in custody
Custody is ○ State ○ Federal Name of Institution: ______

Defendant ○ is ⊙ is not serving a term of Supervised Release
Case No. ______ Judge: ______

I certify that to the best of my knowledge the above entries are true and correct.

DATE: SEP 1 5 2026

*s/Brendan J. McKenna*
BRENDAN J. MCKENNA
Assistant U.S. Attorney
PA ID No. 314315