IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
SEP 15 2026
CLERK U.S. DISTRICT COURT
WEST. DIST OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

DEBRA REED

Criminal No. 26- 199

## INDICTMENT MEMORANDUM

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and Brendan J. McKenna, Assistant United States Attorney for said District, and submits this Indictment Memorandum to the Court:

## I. THE INDICTMENT

A federal grand jury returned a one-count Indictment against the above-named defendant for an alleged violation of federal law:

| COUNT | OFFENSE/DATE | TITLE/SECTION |
|---|---|---|
| One | Theft of Government Property<br><br>From on or about November 24, 2020, and continuing thereafter until on or about October 26, 2023 | 18 U.S.C. §§ 2 and 641 |

## II. ELEMENTS OF THE OFFENSE

**As to Count One:**

In order for the crime of Theft of Government Property, in violation of 18 U.S.C. §§ 2 and 641, to be established, the government must prove all of the following essential elements beyond a reasonable doubt:

1. That the money or property described in the Indictment belonged to an agency of the United States;

2. That the defendant embezzled, stole, purloined or knowingly converted to her own use, or the use of another, property as described in the Indictment, without authority to do so and with the knowledge that the property belonged to another; and

3. That the stolen or converted property of the United States was valued in excess of $1,000.00.

18 U.S.C. §§ 2 and 641

## III. PENALTIES

**As to Count One: Theft of Government Property (18 U.S.C. §§ 2 and 641):**

1. A term of imprisonment of not more than ten (10) years;

2. A fine not more than the greater of:

(a) $250,000 (18 U.S.C. § 3571(b)(3));

or

(b) an alternative fine in an amount not more than the greater of twice the gross pecuniary gain to any person or twice the pecuniary loss to any person other than the defendant, unless the imposition of this alternative fine would unduly complicate or prolong the sentencing process (18 U.S.C. § 3571(d)); and

3. A term of supervised release of not more than three (3) years.

## IV. MANDATORY SPECIAL ASSESSMENT

A mandatory special assessment of $100.00 must be imposed at each count upon which the defendant is convicted, pursuant to 18 U.S.C. § 3013.

## V. <u>RESTITUTION</u>

Restitution may be applicable in this case.

## VI. <u>FORFEITURE</u>

Not applicable in this case.

Respectfully submitted,

TROY RIVETTI
United States Attorney

*/s/ Brendan J. McKenna*
BRENDAN J. McKENNA
Assistant U.S. Attorney
PA ID No. 314315